# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAWN M. PASTA,
an individual,
ANTHONY G. PASTA,
an individual,

            Case No.:  6:16-cv-00793-CEM-KRS

    Plaintiffs,

v.

WESTGATE RESORTS INC.,
a Florida profit corporation, and
WESTGATE FLAMINGO BAY, LLC,
a Florida limited liability company,

    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

  **COME NOW**, Plaintiffs, DAWN M. PASTA and ANTONY G. PASTA (hereinafter collectively, "Plaintiffs"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submit this *Notice of Pending Settlement* and state:

  1. Plaintiffs and Defendants, WESTGATE RESORTS INC. and WESTGATE FLAMINGO BAY, LLC (hereinafter collectively, "Defendants"), reached a conditional settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and mutual release of liability.

  2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3.      To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendants' counsel, and Defendants agree to the relief sought.

Submitted this 3rd day of November 2016.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 010167**
**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq., FBN 106991**
**Sara J. Weiss, Esq., FBN 115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiffs*

~and~

**FINN LAW GROUP, P.A.**
**Michael D. Finn, Esq., FBN 0089029**
**Patrick Kennedy, Esq., FBN 0097973**
7431 114th Avenue, Suite 104
Largo, FL 33773
Phone: (727) 214-0700
Fax: (727) 475-1494
pleadings@finnlawgroup.com
michaeldfinn@finlawgroup.com
patrick@finnlawgroup.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 3rd day of November 2016 to:

Richard W. Epstein, Esq.
Jeffrey A. Backman, Esq.
Jennifer B. Hirschberg, Esq.
Greenspoon Marder, P.A.
200 E. Broward Boulevard, Suite 1800
Ft. Lauderdale, FL 33301
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Jennifer.Hirschberg@gmlaw.com
*Attorneys for Defendants*

Michael D. Finn, Esq.
Patrick Kennedy, Esq.
Finn Law Group, P.A.
7431 114th Avenue, Suite 104
Largo, FL 33773
pleadings@finnlawgroup.com
michaeldfinn@finnlawgroup.com
patrick@finnlawgroup.com
*Attorneys for Plaintiffs*

/s/ *Aaron M. Swift*
Attorney