IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Orlando Division)

CIVIL ACTION NO. 6:16-CV-793-ORL-41-KRS

DAWN M. PASTA, an individual, ANTHONY G. PASTA, an individual,

    Plaintiffs,

v.

WESTGATE RESORTS, INC., a Florida profit corporation, WESTGATE FLAMINGO BAY, LLC, a Florida limited liability company,

    Defendants.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that this action shall be dismissed WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

Dated: ~~November~~ MARCH 27, 201~~6~~7.

/s/Aaron M. Swift
Aaron M. Swift, Esq.
Florida Bar No. 93088
Leavengood, Dauval, Boyle & Meyer, P.A.
3900 First Street North, Suite #100
St. Petersburg, FL 33703
aswift@leavenlaw.com

/s/Jennifer B. Hirschberg
Jennifer B. Hirschberg, Esq.
Florida Bar No. 41923
Greenspoon Marder, P.A.
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Jennifer.Hirschberg@gmlaw.com

Exhibit B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system on this 27th day of MARCH, 2017, which will send notice of such to each party.

/s/Jennifer B. Hirschberg
JENNIFER B. HIRSCHBERG

Exhibit B