UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAWN M. PASTA and ANTHONY G. PASTA,**

   **Plaintiffs,**

v.             **Case No: 6:16-cv-793-Orl-41KRS**

**WESTGATE RESORTS INC. and WESTGATE FLAMINGO BAY, LLC,**

   **Defendants.**
_____/

## ORDER

  THIS CAUSE is before the Court on the Joint Stipulation of Dismissal (Doc. 23), wherein the parties stipulate to the dismissal of this case with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

  **DONE** and **ORDERED** in Orlando, Florida on March 28, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record